UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil 01-2249 ( FLN)

Linda Scott

v. ORDER OF REFERENCE

Nash Sales Inc.

IT IS HEREBY ORDERED that this case be referred to the Honorable Franklin L. Noel, Chief United States Magistrate Judge, for all further proceedings and the entry of judgment, in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

Dated: January 23rd 2002

JAMES M. ROSENBAUM
Chief United States District Judge

FILED JAN 28 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ________
DEPUTY CLERK'S INITIALS ________