UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Linda K. Scott, Civil No. 01-2249 FLN

Plaintiff,

v. **ORDER**

Hy-Vee, Inc.,

Defendant.

---

Robert J. Shane, Esq., for Plaintiff.
Scott P. Drawe, Esq., for Defendant.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on October 15, 2002, on Plaintiff's Motion to Compel Disclosures [#10].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to Compel Disclosures [#10] is **GRANTED in Part and DENIED in Part**, as follows:

   a. Defendant shall provide Plaintiff with complete and responsive to Interrogatories Nos. 6 and 8 forthwith;

   b. Andrea Ingram shall make herself available for the retaking of her deposition by counsel for the Plaintiff and shall provide answers to all questions referenced in Plaintiff's motion; and

   c. Kim Kloeber shall make herself available for the retaking of her deposition by counsel for the Plaintiff and shall provide answers to all questions referenced in Plaintiff's motion.

2. In all other respects the Motion is **DENIED**.

DATED: Oct 21, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge

OCT 21 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK