UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Linda K. Scott,

Plaintiff,

v.

Nash Sales, Inc.,

Defendant.

Civil 01-2249 FLN

ORDER GOVERNING
CIVIL JURY TRIAL

---

The above entitled case is set for trial before the undersigned United States Magistrate Judge on February 24, 2003, beginning at 9:00 a.m. in Courtroom 9W, United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota.

To assist the court and counsel in achieving a just, speedy and less costly determination of this case, the parties are directed to comply with Local Rule 39.1 and 39.2.

IT IS ORDERED that:

A. TRIAL PAPERS

No later than ten days preceding the date set for trial, counsel for each party shall serve upon each other and furnish to the court:

1. Requested voir dire questions;

2. Proposed jury instructions, each on a separate page, and containing citation of legal authority;

3. Proposed special verdict form;

4. A list of all exhibits to be used as evidence at the trial, together with an indication of which exhibits the parties agree are admissible and the grounds for objection to any

FILED 12-30-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

not so agreed upon;

5. A list of the names and addresses of all prospective witnesses together with a short (one or two sentences) statement describing the substance of the testimony of each witness;

6. A schedule of depositions the party intends to offer in evidence which includes a statement of any objections any party has to any portions of such depositions. Only depositions so listed shall be offered in evidence at the trial;

7. A statement of the case describing the facts the party intends to prove and setting forth the party's legal position, with citation to authority, with respect to any substantive, evidentiary or procedural issues;

B. <u>OTHER TRIAL PREPARATION</u>

8. No later than ten days preceding the date set for trial, counsel shall mark and make available for examination and, if requested, copying, by all opposing counsel, all exhibits for identification. Each exhibit shall be assigned a separate number beginning with 1. The exhibit sticker shall clearly identify the party offering the exhibit (e.g. Plaintiff's Exhibit No. 1; Defendant's Exhibit No. 1) and shall include the case number (Civ. No. 01-2249). The sticker shall be placed conspicuously on the first page of the exhibit in such a way as not to obscure the content of the exhibit. Only exhibits so pre-marked and made available to opposing counsel shall be offered in evidence at trial.

9. Sufficiently in advance of trial to permit the parties to timely serve and submit to the court the schedules of depositions required by Paragraph 6 above, counsel for each party shall advise opposing counsel of which depositions, if any, the party proposes to offer in evidence, and shall ascertain whether or not any of the opposing parties object to the receipt in evidence of any portion of such depositions and the grounds therefor.

C. THE COURT INTENDS THAT THIS ORDER CONFORM TO THE REQUIREMENTS OF LOCAL RULE 39.1. TO THE EXTENT THE TERMS OF THIS ORDER ARE BROADER THAN, OR DIFFERENT THAN THE REQUIREMENTS OF LOCAL RULE 39.1, THE TERMS OF THIS ORDER CONTROL.

DATED: Dec. 30, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge

All requested materials must be received no later than February 14, 2003.

All such materials should be submitted in duplicate to Catherine Orlando, 9W United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota 55415; (612) 664-5110.