UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Linda K. Scott,

Plaintiff,

v.

Nash Sales, Inc.,

Defendant.

Civil No. 01-2249 FLN

**ORDER**

---

Robert J. Shane, Esq., for Plaintiff.
Scott P. Drawe, Esq., for Defendant.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on February 24, 2003, on the parties' Motions in Limine.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motions in Limine are **DENIED**.

2. Defendant's Motions in Limine are **DENIED**.

3. Plaintiff's Oral Motion for a Continuance of Trial is **GRANTED**. The trial is rescheduled to begin on May 12, 2003.

DATED: 2/26, 2003.

Franklin L. Noel
FRANKLIN L. NOEL
United States Magistrate Judge

FILED 2-27-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK