UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Linda K. Scott,

Plaintiff,

v.

Nash Sales Inc., d/b/a
Unique Thrift Store

Defendant.

Civil No. 01-2249 FLN

**ORDER**

---

Robert J. Shane, Esq., for Plaintiff.
Scott P. Drawe, Esq., for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on May 13, 2003, at the close of Plaintiff's case-in-chief during the jury trial. Defendant has moved for Judgment as a Matter of Law pursuant to Fed. R. Civ. P. 50.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED in part** and **DENIED in part** as follows:

1. In so far as the Motion relates to the Plaintiff's claims of Negligence, Count III in the Complaint, the Motion is **GRANTED**; and

2. In all other respects the Motion is **DENIED**.

DATED: May 15, 2003.

FRANKLIN L. NOEL
United States Magistrate Judge

FILED MAY 1 9 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INTIALS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Linda K. Scott,

Plaintiff,

v.

Nash Sales, Inc.,

Defendant.

Civil No. 01-2249 FLN

**ORDER**

---

Robert J. Shane, Esq., for Plaintiff.
Scott P. Drawe, Esq., for Defendant.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on May 13, 2003, on the Defendant's Motion in Limine Objecting to Plaintiff's Supplemental Exhibit List. The exhibit at issue is the memorandum of Findings in Rufus Smith v. Unique thrift Store.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Defendant's Motion in Limine Objecting to Plaintiff's Supplemental Exhibit List is **GRANTED.** The memorandum of Findings in Rufus Smith v. Unique Thrift Store is inadmissible and will not be received at trial.

DATED: May 15, 2003.

FRANKLIN L. NOEL
United States Magistrate Judge

FILED MAY 19 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INTIALS