# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Linda K. Scott

v.

Nash Sales, Inc., d/b/a
Unique Thrift Store

Case No. Civil 01-2249FLN

**JUDGMENT IN A CIVIL CASE**

---

( X ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

( ) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiff take nothing, that the action is dismissed on the merits and the defendant recover its costs of the action.

DATE: 5/29/03

Franklin L. Noel

Magistrate Judge Franklin L. Noel
U.S. District Court

RICHARD D. SLETTEN, CLERK

Denise La Fond

Denise La Fond, Deputy Clerk