UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Linda K. Scott,

Plaintiff, Civil 01- 2249 JMR/FLN

v.

Nash Sales, Inc.,

Defendant.

## COST JUDGMENT

The costs of Nash Sales, Inc., have been taxed and allowed by the Clerk of this Court against Plaintiff Linda K. Scott as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees for service of summons and subpoena | $ 904.00 | $ 0.00 |
| Court reporter fees for transcripts necessarily obtained for use in the case | $ 996.80 | $ 996.80 |
| Fees for witnesses | $ 335.00 | $ 335.00 |
| Other, Photos for exhibits | $ 64.20 | $ 64.20 |
| TOTAL: | $ 2,300.00 | $ 1,396.00 |

Costs, therefore, are taxed in the sum of One Thousand Three Hundred and Ninety Six Dollars and 00/100 ($1,396.00) in favor of Defendant Nash Sales, Inc. and against the Plaintiff and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of August 12, 2003.

RICHARD D. SLETTEN, CLERK

By Deborah Bednarz
Deborah Bednarz, Deputy Clerk